**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000883
11-APR-2013
10:35 AM**

NO. CAAP-12-0000883

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FEDERAL NATIONAL MORTGAGE ASSOCIATION, Plaintiff-Appellee, v.
LORI ANNE ELAINE AMAVISCA, Defendant-Appellant, and
JOHN DOES 1-50 AND JANE DOES 1-50, Defendants

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC11-1-436)

ORDER DISMISSING APPEAL PURSUANT HRAP RULE 30
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On October 23, 2012, Defendant-Appellant Lori Anne Elaine Amavisca (Appellant), pro se, filed a notice of appeal;

(2) The record on appeal was filed on December 21, 2012, and the appellate court clerk informed Appellant by mail that the statement of jurisdiction was due by December 31, 2012, and the opening brief was due by January 30, 2013;

(3) Appellant did not file either document;

(4) On March 14, 2013, the appellate court clerk informed Appellant by mail that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to

Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on March 25, 2013, for such action as the court deems proper, which could include dismissal;

(5) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default; and

(6) The appellate court clerk did not receive any returned mail related to this appeal. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 11, 2013.

Chief Judge

Associate Judge

Associate Judge

-2-